

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Dina Lyansky,
   Plaintiff

v.

Michael and Elana Reznik (h/w),
   Defendants

FILED
APR 22 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Civil Action No: **13 2147**

## COMPLAINT

### PARTIES

1. Plaintiff is Dina Lyansky, a citizen of Pennsylvania, residing at 7600 Roosevelt Boulevard, Unit 807, Philadelphia PA 19152.

2. Defendants are Michael and Elana Reznik (h/w), citizens of New Jersey, residing at 38 Wildcat Avenue, Marlton NJ 08053. Elana Reznik is Plaintiff's daughter.

### JURISDICTION

3. Jurisdiction for this action is based on 28 USC §1332, diversity of citizenship.

1

*Leave given to Proceed Pro Se 4/22/13*

## FACTS

4. On or about September 15, 2010, Plaintiff sold the home that she owned at 1509 Barn Swallow Drive, Bensalem, PA 19020. She had owned the home as joint tenants with her husband, who had pre-deceased her.

5. Plaintiff shortly thereafter opened accounts (a certificate of deposit & a money market account) with the proceeds from the sale, the sum of $250,000, at the Ukranian Selfreliance Federal Credit Union, in the branch located at 1729 Cottman Avenue, Philadelphia,, PA 19111, naming her daughter, Elana Reznik, as a joint owner of the accounts. (Exhibits 1&2)

6. At all times pertinent hereto, Elana understood that the funds belonged to her Mother, and that she was on the account as a formality only, in the event something should happen to her Mother.

7. On or about April 30, 2011, Elana withdrew $201,679.76 from the joint account, placing the funds into an account (a certificate of deposit) without her Mother's name on it or her Mother's permission. (Exhibit 3)

8. Thereafter, on June 1, 2011, Elana withdrew $50,000 of her Mother's money and placed it into a money market account in either her name, her husband Michael's name, or their names jointly. On June 6, 2011, either Elana or Michael Reznik withdrew an additional $21,000 of Plaintiff's money, and did the same. Both of these withdraws were without Plaintiff's permission. (Exhibit 4)

9. Despite repeated requests from her Mother, Plaintiffs have refused to return the funds to Plaintiff.

## COUNT 1-CONVERSION

10. Defendants Michael and Elana Reznik (h/w) have converted Plaintiff's funds by intentionally depriving her of the right of her property interest in, and use and possession of, her money without Plaintiff's consent or without lawful justification.

7. On or about April 30, 2011, Elana withdrew $201,679.76 from the joint account, placing the funds into an account (a certificate of deposit) without her Mother's name on it or her Mother's permission. (Exhibit 3)

8. Thereafter, on June 1, 2011, Elana withdrew $50,000 of her Mother's money and placed it into a money market account in either her name, her husband Michael's name, or their names jointly. On June 6, 2011, either Elana or Michael Reznik withdrew an additional $21,000 of Plaintiff's money, and did the same. Both of these withdraws were without Plaintiff's permission. (Exhibit 4)

9. Despite repeated requests from her Mother, Plaintiffs have refused to return the funds to Plaintiff.

## COUNT 1-CONVERSION

10.     Defendants Michael and Elana Reznik (h/w) have converted Plaintiff's funds by intentionally depriving her of the right of her property interest in, and use and possession of, her money without Plaintiff's consent or without lawful justification.

3

WHEREFORE, Plaintiff Dina Lyansky prays this Honorable Court enter a judgment in her favor and as against Defendants, in the amount of $270,000 (Two-Hundred & Seventy Thousand Dollars) along with interest earned, and all other just and equitable relief this Court deems proper.

*/s/ Dina Lyansky*
Dina Lyansky, Plaintiff
7600 Roosevelt Boulevard
Unit 807
Philadelphia, PA 19152
215.554.9559

Dated: April 22, 2013

```
                                    untitled
Certificate 20  7 Month Certificate   Note # 31435
Joint Owners: LYANSKY, DINA

Eff date Post    Transaction Description                        Amount        Balance
09-29-10         Previous Balance                                                0.00
09-30-10         New Certificate                              200000.00     200000.00
09-30-10         Deposit Dividend                                   7.89     200007.89
                 Annual Percentage Yield Earned 1.45%
                 on Avg Daily Bal of 200000.00 for 1 Days
10-31-10 1030    Deposit Dividend                                 244.76     200252.65
                 Annual Percentage Yield Earned 1.45%
                 on Avg Daily Bal of 200007.89 for 31 Days
? 17467 0   1483727                                                             6320
```

Ukrainian Selfreliance FCU
1729 Cottman Avenue
Philadelphia,  PA 19111
(215)725-4430


                                                         04-16-11

ELANA REZNIK                                    Account No.         6320
38 WILDCAT AVE
MARLTON           NJ  08053-4140


Account     6320           ELANA REZNIK                      Page   3 of 25

```
Eff date Post    Transaction Description                        Amount        Balance
11-30-10         Deposit Dividend                                 237.15     200489.80
                 Annual Percentage Yield Earned 1.45%
                 on Avg Daily Bal of 200252.65 for 30 Days
12-31-10         Deposit Dividend                                 245.35     200735.15
                 Annual Percentage Yield Earned 1.45%
                 on Avg Daily Bal of 200489.80 for 31 Days
01-31-11         Deposit Dividend                                 245.65     200980.80
                 Annual Percentage Yield Earned 1.45%
                 on Avg Daily Bal of 200735.15 for 31 Days
02-28-11         Deposit Dividend                                 222.13     201202.93
                 Annual Percentage Yield Earned 1.45%
                 on Avg Daily Bal of 200980.80 for 28 Days
03-31-11         Deposit Dividend                                 246.22     201449.15
                 Annual Percentage Yield Earned 1.45%
                 on Avg Daily Bal of 201202.93 for 31 Days
04-16-11         New Balance                                                 201449.15
Matures          04-30-11                     Accrued Through    03-31-11
Dividends of   $714.00  have been paid year-to-date for this suffix.
------------------------------------------------------------------------------
```

Page 1

Ukrainian Selfreliance Federal Credit Union • Українська Федеральна Кредитова Кооператива `Самопоміч`

 Celebrating 60 years of service to the Ukrainian Community of Philadelphia
Святкуємо 60 років обслуговування Української Громади у Філадельфії

April 17, 2013

To whom it may concern,

This is to verify that Elana Reznik and Dina Lyansky opened a joint Premium Money Market account at Ukrainian Selfreliance Federal Credit Union on September 25, 2010 with the initial deposit of $50,000.00.

If you require any further assistance, please do not hesitate to contact me.

Sincerely,

Viktoriya Pinchuk
Member Service Representative
Ukrainian Selfreliance Federal Credit Union
1729 Cottman Ave.
Philadelphia, PA 19111
Tel. 215-725-4430 Ext. 705
Fax. 215-725-1071
memberservice@ukrfcu.com
www.ukrfcu.com

| Main Office | Somerton Branch | UECC Branch | Trenton, NJ Branch | 24th Street Branch |
|---|---|---|---|---|
| 1729 Cottman Avenue | 14425 Bustleton Avenue | 700 Cedar Road | 477 Jeremiah Avenue | 2307 Brown Street |
| Philadelphia, PA 19111 | Philadelphia, PA 19116 | Jenkintown, PA 19046 | Trenton, NJ 08610 | Philadelphia, PA 19130 |
| Tel: (215) 725-4430 | Tel: (267) 351-4021 | Tel: (267) 627-5317 | Tel: (609) 656-0802 | Tel: (215) 232-3993 |

04/17/2013 15:04   2157251071   UKRAINIAN SELFRELIAN   PAGE 02

**0000006320 REZNIK,ELANA Shar████ 7 MONTH CERTIFICATE Transaction Summary**                                              04/02/2013

| Post Date | ID | Transaction | Trans Amt | Balance Chg | New Balance | Description |
|---|---|---|---|---|---|---|
| ██████ | S 0520 | Withdrawal Trans... | 201,679.76 | ████ | 0.00 | To Share 0500 |
| 04/30/2011 | S 0520 | Renewed at 1.340% to mature 11/30/11 | | | | |
| 04/30/2011 | S 0520 | Dividend Deposit | 230.61 | 230.61 | 201,679.76 | 1.440% |
| | | AVG DAILY BAL OF 201202.93 FOR 31 DAYS ANNUAL PERCENTAGE YIELD EARNED 1.45% ON DEPOSIT DIVIDEND | | | | |
| 03/31/2011 | S 0520 | Dividend Deposit | 246.22 | 246.22 | 201,449.15 | |
| | | AVG DAILY BAL OF 200980.80 FOR 28 DAYS ANNUAL PERCENTAGE YIELD EARNED 1.45% ON DEPOSIT DIVIDEND | | | | |
| 02/28/2011 | S 0520 | Dividend Deposit | 222.13 | 222.13 | 201,202.93 | |
| | | AVG DAILY BAL OF 200735.15 FOR 31 DAYS ANNUAL PERCENTAGE YIELD EARNED 1.45% ON DEPOSIT DIVIDEND | | | | |

Page 1




**0000006320 REZNIK,ELANA Share 0035: PREMIUM MONEY MARKET Transaction Summary  04/02/2013**

| Post Date | ID | Transaction | Trans Amt | New Balance | Description |
|---|---|---|---|---|---|
| 06/30/2011 | S 0035 | %% APY Earned 1.20% 06/01/11 to 06/30/11<br>Dividend Deposit | 3.43 | | Tiered Rate |
| 06/06/2011 | S 0035 | To REZNIK,MICHAEL ●●●●●● Share 0000<br>Withdrawal Trans... | 21,000.00 | 11.26 | |
| 06/01/2011 | S 0035 | To REZNIK,MICHAEL ●●●●●● Share 0000<br>Withdrawal Trans... | 50,000.00 | 21,011.26 | |
| (06/01/2011) | S 0035 | %% Check hold release 06/03/11  20,496.44<br>Check Deposit | 20,496.44 | 71,011.26 | |
| 05/31/2011 | S 0035 | %% APY Earned 1.40% 05/01/11 to 05/31/11<br>Dividend Deposit | 59.60 | 50,514.82 | Tiered Rate |
| 04/30/2011 | S 0035 | %% APY Earned 1.40% 04/16/11 to 04/30/11<br>Dividend Deposit | 28.81 | 50,455.22 | Tiered Rate |
| 04/15/2011 | S 0035 | DEPOSIT DIVIDEND<br>Dividend Deposit | 28.80 | 50,426.41 | |
| 03/31/2011 | S 0035 | DEPOSIT DIVIDEND<br>Dividend Deposit | 59.46 | 50,397.61 | |
| 02/28/2011 | S 0035 | DEPOSIT DIVIDEND<br>Dividend Deposit | 53.65 | 50,338.15 | |
| (01/31/2011) | S 0035 | DEPOSIT DIVIDEND<br>Dividend Deposit | 59.33 | 50,284.50 | |

610-792-5097

Page 1